Michael J. Parise, ABA #7906044
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone:  907.276.1550
Facsimile:   907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EDWIN L. OSOWSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>    Defendants. | Case No.: 3:09-_____CV-___-___ |

**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**

TO:        Clerk of the Court, United States District Court for the District of Alaska

AND TO:    Plaintiff, Edwin L. Osowski
               P. O. Box 190508, Anchorage, AK  99519-0508

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, Trans Union, LLC ("Trans Union"), hereby removes the subject action from the District Court for the State of Alaska, Third Judicial District at Anchorage, to the United States District Court for the District of Alaska, on the following grounds:

1.      Plaintiff, Edwin L. Osowski, served Trans Union on or about August 7, 2009, with a Summons and Complaint filed in the District Court for the State of Alaska, Third Judicial District at Anchorage. A copy of the Notice of Removal filed in

OSOWSKI V. TRANS UNION, LLC
NOTICE OF REMOVAL TO USDC
F:\506360\2\00071783.DOC

CASE NO. 3:09-_____CV-___-___
PAGE 1 OF 3

Case 3:09-cv-00180-RRB   Document 1   Filed 08/27/09   Page 1 of 3

the State Court is attached hereto as *Exhibit A*, and a copy of the Complaint filed in State Court is attached hereto as *Exhibit B*.

2. Plaintiff asserts claims against Trans Union under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (the "FCRA"). See Complaint.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, *et seq.,* this cause may be removed from the District Court for the State of Alaska, Third Judicial District at Anchorage, to the United States District Court for the District of Alaska.

5. Notice of this removal has been or will promptly be filed with the District Court for the State of Alaska, Third Judicial District at Anchorage, and served upon all adverse parties.

WHEREFORE, Defendant, Trans Union, LLC, by counsel, removes the subject action from the District Court for the State of Alaska, Third Judicial District at Anchorage, to the United States District Court for the District of Alaska.

DATED this 26th day of August, 2009.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Defendant

By: _____
Michael J. Parise, ABA #7906044
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680
Email: mparise@bhb.com

OSOWSKI V. TRANS UNION, LLC
NOTICE OF REMOVAL TO USDC
F:\506360\2\00071783.DOC

CASE NO. 3:09-____CV-__-__
PAGE 2 OF 3

Case 3:09-cv-00180-RRB   Document 1   Filed 08/27/09   Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of August, 2009, a true and correct copy of the foregoing was served on the following in the manner indicated:

**MANUAL NOTICE:**

Edwin L. Osowski
P. O. Box 190508
Anchorage, AK 99519-0508

BIRCH HORTON BITTNER & CHEROT

By: _____
for Christine Manson

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

OSOWSKI V. TRANS UNION, LLC
NOTICE OF REMOVAL TO USDC
F:\506360\2\00071783.DOC

CASE NO. 3:09--_____CV-__-__
PAGE 3 OF 3

Case 3:09-cv-00180-RRB   Document 1   Filed 08/27/09   Page 3 of 3