IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT __Anchorage__

__Edwin L Osowski__
_____ Plaintiff(s),

vs.

__Trans Union, LLC__
_____ Defendant(s).

CASE NO. __3AN-09-03437__ SC

COMPLAINT

Plaintiff ☐ is a corporation that has paid its taxes due the state and filed its required reports.
         ☒ is not a corporation.

Defendant is indebted to the plaintiff in the principal amount of $ __10,000__ plus interest and court costs as a result of __failure to investigate, verify, or delete information from Plaintiff's credit report as required by the Fair Credit Reporting Act.__

which occurred at or near __Anchorage__, Alaska, on or about __May 1, 2009 through July 24, 2009__
            (month/day/year)

Plaintiff has demanded relief from the defendant, but defendant has failed to comply. Plaintiff requests small claims procedure, gives up the right to a jury trial and formal procedure in this case, and waives all of this claim which exceeds $10,000. If the court enters an order applying the formal Rules of Civil Procedure rather than the Small Claims Rules to this action, this waiver will be null and void. This action is filed at a court which will not cause unnecessary expense or inconvenience to the defendant and is the court nearest to: (Check applicable boxes.)

☐ the residence or place of employment of defendant.
☐ where personal injury or property damage occurred.
☒ where the defendant does or solicits business.

__Edwin L Osowski__
Print Name and Title (if applicable)

__7-24-09__
Date

_____
Plaintiff (Signature)

__PO Box 190508    A.C.    AK    99519__
Mailing Address    City    State    ZIP

__907- 317- 4455__
Home Phone                        Work Phone

Instructions: If you are filing documents supporting your claim (for example: promissory notes, checks, receipts, bills), you must also attach a copy of each document for each defendant.

SC-1 (9/04)(st.3)                              Dist. Ct. Civ. R. 10(a) and 12(a)
COMPLAINT                                                          AS 10.06.848

Exhibit __B__
Page __1__ of __1__