Michael J. Parise, ABA #7906044
Birch Horton Bittner & Cherot
1127 West Seventh Avenue
Anchorage, AK 99501
Telephone: 907.276.1550
Facsimile: 907.276.3680

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EDWIN L. OSOWSKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRANS UNION, LLC, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 3:09-CV-000180-001 |

## **ANSWER**

Trans Union, LLC ("Trans Union"), by counsel, responds to Plaintiff's Complaint (the "Complaint") as follows. For the Court's convenience, Plaintiff's allegations are set forth verbatim with Trans Union's responses immediately following.

1. Plaintiff is not a corporation.

**ANSWER:** Trans Union admits that Plaintiff is not a corporation.

2. Defendant is indebted to the plaintiff in the principal amount of $10,000 plus interest and court costs as a result of failure to investigate, verify, or delete information from Plaintiff's credit report as required by the Fair Credit Reporting Act

which occurred at or near Anchorage, Alaska, on or about May 1, 2009 through July 24, 2009.

**ANSWER**: Trans Union denies that Plaintiff is entitled to any of the relief requested from Trans Union. Further, Trans Union denies the remaining allegations of this paragraph.

3. Plaintiff has demanded relief from the defendant, but defendant has failed to comply. Plaintiff requests small claims procedure, gives up the right to a jury trial and formal procedure in this case, and waives all of this claim which exceeds $10,000. If the court enters an order applying the formal Rules of Civil Procedure rather than the Small Claims Rules to this action, this waiver will be null and void. This action is filed at a court which will not cause unnecessary expense or inconvenience to the defendant and is the court nearest to where the defendant does or solicits business.

**ANSWER**: Trans Union denies the allegations contained in the first sentence. As to the remaining allegations, Trans Union denies that the statements require a response from Trans Union.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to state a claim against Trans Union upon which relief may be granted.

2. Plaintiff's state law and common law claims are pre-empted by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

3. Trans Union's reports concerning Plaintiff were true or substantially true.

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

4. Trans Union has at all times followed reasonable procedures to assure maximum possible accuracy of its credit reports concerning Plaintiff.

5. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

6. Plaintiff's claims are barred, in whole or in part, by 15 U.S.C. §§ 1681h(e) and/or 1681(t).

7. At all relevant times, Trans Union acted within the absolute and qualified privileges afforded it under the FCRA, the United States Constitution, applicable State Constitutions and the common law.

8. Plaintiff's claims are barred, in whole, or in part, by the equitable theories of estoppel, waiver and laches.

9. Plaintiff has failed to take reasonable steps to mitigate his/her damages, if any.

10. Plaintiff's damages are the result of acts or omissions committed by Plaintiff.

11. Plaintiff's damages are the result of acts or omissions committed by the other parties over whom Trans Union has no responsibility or control.

12. Plaintiff's damages are the result of acts or omissions committed by non-parties to this action over whom Trans Union has no responsibility or control.

13. Any claim for exemplary or punitive damages asserted by Plaintiff violates Trans Union's rights under the Due Process and Excessive Fines clauses of the Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution and the analogous provisions of applicable State Constitutions and under the First

Amendment of the United States Constitution and the analogous provisions of applicable State Constitutions.

14. Trans Union reserves the right to assert additional defenses as may become apparent through additional investigation and discovery.

WHEREFORE, Defendant Trans Union, LLC, by counsel, denies that Plaintiff is entitled to judgment or to any of the relief sought, and respectfully requests that judgment be entered in its favor and against Plaintiff on all counts set forth in the Complaint, and that Trans Union, LLC be awarded its costs incurred in defending this action, along with such other relief as this Court deems equitable and just.

DATED this 27th day of August, 2009.

>BIRCH HORTON BITTNER & CHEROT
>Attorneys for Defendant
>
>By: /s/ Michael J. Parise
>Michael J. Parise, ABA #7906044
>1127 West Seventh Avenue
>Anchorage, AK 99501
>Telephone: 907.276.1550
>Facsimile: 907.276.3680
>Email: mparise@bhb.com

BIRCH HORTON BITTNER & CHEROT
ATTORNEYS AT LAW
1127 WEST SEVENTH AVENUE
ANCHORAGE, ALASKA 99501-3301
TELEPHONE (907) 276-1550 • FACSIMILE (907) 276-3680

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of August, 2009, a true and correct copy of the foregoing was served on the following in the manner indicated:

**MANUAL NOTICE:**

Edwin L. Osowski
P. O. Box 190508
Anchorage, AK  99519-0508

BIRCH HORTON BITTNER & CHEROT

By:     /s/ Michael J. Parise
          Michael J. Parise